UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. LOPEZ, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00808-LJO-EPG (PC)<br><br>ORDER FOLLOWING TELEPHONIC DISCOVERY AND STATUS CONFERENCE<br><br>(ECF NOS. 37 & 41) |

Kevin Allen ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 9, 2019, the Court held a discovery and status conference ("Conference"). Plaintiff telephonically appeared on his own behalf. Counsel Sean Lodholz telephonically appeared on behalf of Defendants.

For the reasons stated on the record at the Conference, IT IS ORDERED that:

1. Plaintiff's motion to compel (ECF No. 37) is DENIED. As to Defendants' request for expenses, Defendants have thirty days from the date of service of this order to show that Plaintiff can afford to pay.

\\\
\\\

1

2. Plaintiff's motion for appointment of pro bono counsel (ECF No. 41) is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **September 10, 2019**

/s/ *Eric P. Grosjean*
UNITED STATES MAGISTRATE JUDGE