UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. LOPEZ, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00808-LJO-EPG (PC)<br><br>ORDER DENYING DEFENDANTS' REQUEST FOR EXPENSES<br><br>(ECF NO. 38) |

Kevin Allen ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 1, 2019, Plaintiff filed a motion to compel. (ECF No. 37). On July 12, 2019, Defendants filed their opposition to the motion, which included a request for expenses. (ECF No. 38). On September 10, 2019, the Court denied Plaintiff's motion to compel. (ECF No. 43). As to Defendants' request for expenses, the Court gave Defendants thirty days to show that Plaintiff could afford to pay. (Id.).

On September 12, 2019, Defendants filed a response to the Court's order, indicating "that Plaintiff would be unable to pay Defendants' expenses at this time." (ECF No. 44, p. 1).

If a motion to compel is denied, the Court "must, after giving an opportunity to be heard, require the movant, the attorney filing the motion, or both to pay the party or deponent

who opposed the motion its reasonable expenses incurred in opposing the motion, including attorney's fees. But the court must not order this payment if the motion was substantially justified or other circumstances make an award of expenses unjust." Fed. R. Civ. P. 37(a)(5)(B).

Here, the Court finds that "other circumstances" make an award of expenses unjust. Defendants have confirmed that Plaintiff is unable to pay Defendants' expenses. Additionally, it appears that Plaintiff, who is proceeding *pro se*, did not realize that the Court modified the deadlines in the Federal Rules of Civil Procedure, giving the parties forty-five days to respond to discovery requests instead of thirty. This appears to be what led Plaintiff to file his motion to compel prematurely.

Accordingly, IT IS ORDERED that Defendants' request for expenses is DENIED.

IT IS SO ORDERED.

Dated: **November 8, 2019**

/s/ *Eric P. Groj*
UNITED STATES MAGISTRATE JUDGE