UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. LOPEZ, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00808-NONE-EPG (PC)<br><br>ORDER RE: DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE PRETRIAL STATEMENT<br><br>(ECF NO. 53) |

    Kevin Allen ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On July 16, 2020, Defendants filed a motion for an extension of time to file their pretrial statement on the ground that Plaintiff has not yet filed his pretrial statement (Plaintiff's pretrial statement was due on or before June 19, 2020). (ECF No. 53).

    The Court finds good cause to grant Defendants' motion in part. Instead of extending Defendants' deadline, given that Plaintiff did not file his pretrial statement and that Defendants' motion for summary judgment has not yet been resolved, the Court will vacate the telephonic trial confirmation hearing, the trial, and all related deadlines. The Court will reset these deadlines after Defendants' motion for summary judgment has been resolved, if necessary.

    Accordingly, based on the foregoing, IT IS ORDERED that the telephonic trial confirmation hearing, the trial, and all related deadlines are VACATED. If necessary, the Court will reset these deadlines after Defendants' motion for summary judgment has been

resolved.[1]

IT IS SO ORDERED.

    Dated:   **July 16, 2020**               /s/ *Erica P. Grosjean*
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The Court may require the parties to participate in a settlement conference before resetting these deadlines.