UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. SPAETH, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00808-NONE-EPG (PC)<br><br>ORDER REQUIRING PARTIES TO PARTICIPATE IN SETTLEMENT CONFERENCE AND DIRECTING COUNSEL TO CONTACT ADR COORDINATOR TO SCHEDULE SETTLEMENT CONFERENCE<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT |

Kevin Allen ("Plaintiff"), a prisoner in the custody of the California Department of Corrections and Rehabilitation, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Given that Defendants' motion for summary judgment was denied in part (ECF No. 57), and given the ongoing judicial emergency in this district, the Court will require the parties to participate in a settlement conference before this case proceeds to trial.

Additionally, the Court finds that the appointment of counsel for plaintiff is warranted for the limited purpose of assisting Plaintiff prepare for and participate in the settlement conference. Lyndsie N. Russell has been selected from the Court's Pro Bono Attorney Panel to represent Plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Lyndsie N. Russell is appointed as limited purpose counsel for Plaintiff in the above titled matter. This appointment is for the limited purpose of assisting Plaintiff with preparing

1

       for and participating in a settlement conference.

2. Lyndsie N. Russell's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference. Prior to the termination of the appointment, the Court will accord counsel the option of proceeding as Plaintiff's appointed counsel through trial. If counsel does not wish to continue representation of Plaintiff after she has carried out her limited purpose appointment, the Court will consider appointing new counsel for Plaintiff, if deemed appropriate at that time.

3. While the Court is appointing Lyndsie N. Russell to serve as counsel for Plaintiff, at this time the Court is not approving any expenses. The expenses incurred in representing Plaintiff must be approved in advance and be necessary to Plaintiff's case, given that the reimbursement funds come directly out of the Court's Non-Appropriated Fund, which is the limited fund for the entire district for all non-appropriated matters. The Court notes that under General Order No. 558 § 3, paragraph B, "[i]n the event of settlement or other successful resolution of the case which results in a monetary award to the indigent litigant equal to or exceeding the reimbursed costs under this section, the indigent litigant through counsel shall reimburse the Fund for such out-of-pocket expenses allowed and reimbursed under this section." In other words, any expenses incurred will be reimbursed from any settlement or award to Plaintiff.

4. Appointed counsel shall notify ADR Coordinator Sujean Park via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

5. The Clerk of Court is directed to serve a copy of this order upon Lyndsie N. Russell, Miles Sears & Eanni, 2844 Fresno St., Fresno, CA 93721.

\\\
\\\
\\\
\\\

6. Counsel for the parties are directed to contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) within fourteen days of the date of service of this order to schedule a settlement conference.

IT IS SO ORDERED.

Dated: **April 7, 2021**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE