UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. SPAETH, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00808-NONE-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S OUTSTANDING PRO SE MOTIONS, DIRECTING PARTIES TO MEET AND CONFER, DIRECTING PARTIES TO FILE JOINT STATEMENT, AND SETTING STATUS CONFERENCE FOR SEPTEMBER 22, 2021, AT 10:30 A.M.<br><br>(ECF Nos. 46, 55, 58, 65, 69, & 72) |

Kevin Allen ("Plaintiff"), a prisoner in the custody of the California Department of Corrections and Rehabilitation, is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff, while he was still proceeding *pro se*, filed numerous motions that are currently pending, including motions for appointment of counsel, motion(s) for injunctive relief, and possibly motion(s) to supplement his complaint. (ECF Nos. 46, 55, 58, 65, 69, & 72).

As counsel has appeared on behalf of Plaintiff, the Court denies all Plaintiff's outstanding *pro se* motions, without prejudice to the motions being refiled by Plaintiff's counsel.

The Court also directs the parties to meet and confer regarding: potential deadlines for Plaintiff's counsel to refile the denied motions and other motions (such as a motion to reopen discovery);[1] potential dates for the pretrial conference; and potential dates for the trial. The

---

[1] The Court takes no position on whether discovery should be reopened. However, it may set a deadline by which any such motion must be filed.

parties shall file a joint statement with the proposed dates on or before September 10, 2021.

      Finally, the Court sets a status conference for September 22, 2021, at 10:30 a.m., before Magistrate Judge Erica P. Grosjean.  Counsel for the parties and Plaintiff shall appear by phone. Plaintiff's institution of confinement shall make Plaintiff available for the conference at the date and time indicated above.  Defense counsel shall arrange for Plaintiff's participation in the conference and shall confirm with Plaintiff's institution of confinement that arrangements have been made for Plaintiff's attendance.  To join the conference, each party is directed to call the toll-free number (888) 251-2909 and use Access Code 1024453.

IT IS SO ORDERED.

Dated: **August 5, 2021**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE