UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN, | Case No. 1:18-cv-00808-NONE-EPG (PC) |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR COURT TO ORDER THE PRISON TO ALLOW PLAINTIFF TO CALL HIS ATTORNEY AND FAMILY |
| v. | |
| DR. SPAETH, et al., | |
| Defendants. | FOURTEEN-DAY DEADLINE |

Kevin Allen ("Plaintiff"), a prisoner in the custody of the California Department of Corrections and Rehabilitation, is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 30, 2021, Plaintiff filed a motion *pro se*, asking the Court to order the prison to allow Plaintiff to call his attorney and family.  (ECF No. 77).

The Court hereby gives Defendants fourteen days from the date of service of this order to respond to Plaintiff's motion.  Defendants should address the best dates and times for Plaintiff's institution of confinement to make Plaintiff available for telephone calls between Plaintiff and his attorneys.

IT IS SO ORDERED.

Dated:   **August 31, 2021**                    /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE

1