

**FILED**

SEP 21 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# United States District Court
# Eastern District of California

Kevin Allen,

Plaintiff(s)

V.

Dr. Lopez, et al.,

Defendant(s)

Case Number: | 1:18−cv−00808−NONE−EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Rebecca F. Kimmel _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Kevin Allen
_____

On _____04/08/2019_____ (date), I was admitted to practice and presently in good standing in the
_____New York State App. Div. 1st Dept._____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____09/16/2021_____          Signature of Applicant: /s/ _Rebecca F. Kimmel_____

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name: Rebecca F. Kimmel

Law Firm Name: Manatt, Phelps & Phillips, LLP

Address: 7 Times Square

City: New York    State: NY    Zip: 10036

Phone Number w/Area Code: (212) 790-4500

City and State of Residence: New York, New York

Primary E-mail Address: rkimmel@manatt.com

Secondary E-mail Address: 

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Sirena P. Castillo

Law Firm Name: Manatt, Phelps & Phillips, LLP

Address: 2049 Century Park East

City: Los Angeles    State: CA    Zip: 90067

Phone Number w/Area Code: (310) 312-4000    Bar # 260565

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/21/21

JUDGE, U.S. DISTRICT COURT