UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN, | No. 1:18-cv-00808-NONE-EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF |
| DR. SPAETH, et al., | |
| Defendants. | (Doc. Nos. 77, 87) |
| | ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF THIS ORDER |

Kevin Allen ("plaintiff"), a prisoner in the custody of the California Department of Corrections and Rehabilitation, is proceeding *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 30, 2021, plaintiff filed a motion *pro se*, asking the court to order the prison to allow plaintiff to call his attorney and family. (Doc. No. 77.) On September 24, 2021, the assigned magistrate judge issued findings and recommendations, recommending "that Plaintiff's filing (ECF No. 77), which the Court construes as a motion for injunctive relief, be DENIED." (Doc. No. 87 at p. 5.)

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed and plaintiff has not filed objections

1

or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 24, 2021, (Doc. No. 87), are adopted in full;
2. Plaintiff's filing, (Doc. No. 77), which the court construes as a motion for injunctive relief, is denied; and
3. The Clerk of Court is directed to send Plaintiff a copy of this order.

IT IS SO ORDERED.

Dated:   **November 1, 2021**                         *Dale A. Drozd*
                                                                UNITED STATES DISTRICT JUDGE