UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEVIN ALLEN,

    Plaintiff,

v.

DR. SPAETH, et al.,

    Defendants.

Case No. 1:18-cv-00808-NONE-EPG (PC)

ORDER APPROVING STIPULATION

(ECF No. 90)

As stated on the record at the November 15, 2021 status conference, the Court will approve the parties' November 5, 2021 stipulation (ECF No. 90), with one modification.[1] Accordingly, IT IS HEREBY ORDERDED that:

1. The parties shall exchange updated initial disclosures within thirty days of the Court's entry of this order.
2. Defendants shall provide supplemental responses to each set of Plaintiff's interrogatories and requests for admissions within thirty days of the Court's entry of this order.
3. Each party may propound up to fifteen interrogatories and ten document requests. The parties must serve discovery requests within ninety days of the Court's entry of this order. Responses will be due within forty-five days of service of the discovery request(s).
4. The deadline for moving to compel further response to any discovery is thirty days

---

[1] As ordered below, if the parties cannot reach an agreement regarding the number, length, timing, or scope of the depositions, the parties shall contact Courtroom Deputy Michelle Rooney to schedule an informal conference.

1

1      from the date of service of the response.

2      5. The parties shall comply with the Federal Rules of Civil Procedure, Rule 26(a)(2) with respect to disclosures and expert discovery.

6. Plaintiff shall move to supplement or amend the complaint within ninety days of the Court's entry of this order.

7. If the parties cannot reach an agreement regarding the number, length, timing, or scope of the depositions, the parties shall contact Courtroom Deputy Michelle Rooney (MRooney@caed.uscourts.gov) to schedule an informal telephonic conference.

IT IS SO ORDERED.

Dated: **November 15, 2021**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE