UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. SPAETH, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00808-JLT-EPG (PC)<br><br>ORDER GRANTING JOINT REQUEST FOR SETTLEMENT CONFERENCE & TO VACATE DEADLINES<br><br>(ECF No. 99) |

On April 25, 2022, the parties filed a joint request for a settlement conference and to vacate deadlines. (ECF No. 99). The parties note that there was already a settlement conference in this case, and that the case did not settle. However, since that time, Plaintiff has retained counsel Plaintiff has received surgery for his spinal stenosis, and the parties have engaged in additional discovery. The parties now believe that a second settlement conference would be productive. The parties ask the Court to set a further settlement conference, and to vacate the deadline for Plaintiff to amend or supplement his complaint, the status conference, and the joint statement deadline.

The Court finds good cause to grant the parties' joint request. Accordingly, IT IS ORDERED that:

1. Within seven days from the date of service of this order, the parties shall contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule a settlement conference; and

\\\

1

2. The deadline for Plaintiff to supplement or amend his complaint, the status conference, and the deadline for the parties to file a joint statement are VACATED.  If necessary, the Court will reset these date(s) and deadline(s) after the settlement conference.

IT IS SO ORDERED.

Dated:   **April 26, 2022**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2