UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. SPAETH, et al.,<br><br>　　　　　　Defendants. | Case No. 1:18-cv-00808-JLT-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 106) |

On August 29, 2022, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 106). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case. However, the Court retains jurisdiction over the litigation to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

　Dated:　__August 30, 2022__　　　　　　　　/s/ _Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1